CAMILLE GEARY v. JOHN RICHARD GEARY.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ALBERT ALEXANDER v. AMERICAN LEAGUE BASEBALL CLUB OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

F. CARLETON DOLE, Trustee in Bankruptcy of QUINAPOXET MANUFACTURING COMPANY, v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Successor to the NATIONAL PARK BANK OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

EDWARD J. QUINTAL and Others v. OSCAR GREENSTEIN and Others, Impleaded with JACOB MANNE and Others.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ARTHUR G. WEINBERGER v. BERNARD BRILL, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THOMAS D. TAYLOR v. ILLINOIS PUBLISHING & PRINTING COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

THOMAS D. TAYLOR v. ILLINOIS PUBLISHING & PRINTING COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of IRVING TRUST COMPANY, as Executor, etc., of ELBRIDGE GERRY SNOW, Deceased, for an Order Directing an Inquiry of Certain Personal Property Belonging to the Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of IRVING TRUST COMPANY, as Executor, etc., of ELBRIDGE GERRY SNOW, Deceased, for an Order Directing an Inquiry of Certain Personal Property Belonging to the Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of THE BANK OF UNITED STATES, in Liquidation. In the Matter of the Application of the SUPERINTENDENT OF BANKS for a Determination of Priority of Payment of Claims Pursuant to Section 78 of the Banking Law.* MELVILLE BOYD, as Trustee in Bankruptcy of FRANZ MERZ. JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

REBECCA GOLDSTEIN, as Administratrix, etc., of JACOB GOLDSTEIN, Deceased, v. PREFERRED ACCIDENT INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

* Amd. by Laws of 1930, chap. 678; since amd. by Laws of 1932, chap. 399, effective June 1, 1932.— [REP.